

# AFFIDAVIT OF NATHANIEL E FRANK-WHITE

1. I am a Records Request Processor at the Internet Archive. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a display of available dates. The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4. The archived data made viewable and browsable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL". Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6. Attached hereto as Exhibit A are true and accurate copies of screenshots of the Internet Archive's records of the archived files for the URLs and the dates specified in the attached coversheet of each printout.



7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: ___04/13/2023___                          *Nathaniel Frank-White*
                                                 _____
                                                   Nathaniel E Frank-White

**Please see attached
All Purpose
Jurat form
for additional
Notary Events**

# EXHIBIT A

Document Id: 7AD77950-DA36-11ED-8082-FD3E33D61138
OnlineNotary.net

https://web.archive.org/web/20220525162856/https://www.chicago-market.com/onas.html

https://www.chicago-market.com/onas.html    Go    DEC MAY JUN
50 captures
1 Sep 2013 - 25 May 2022
2019  25  2023
      2022
About this capture

# CHICAGO MARKET
## POLISH FOOD



| Strona główna | O nas | Produkty | Producenci | Nowości | Kontakt | FAQ | Dojazd |

### Witamy w Lakewood

**CHICAGO MARKET**

1477 Carr St., Lakewood Colorado
CO 80214

**KRYSTYNA:**
tel. 303-868-5662

**WACŁAW:**
tel. 708-302-7225
viczawadzki@gmail.com

**Godziny otwarcia:**

**Poniedziałek - Piątek**
10.00 - 19.00
**Sobota**
10.00 - 18.00
**Niedziela**
11.00 - 15.00

*Losowe zdięcie:*



Chicago Market działa na rynku w Lakewood Colorado - dostarczamy naszym klientom najświeższe i najwyższej jakości polskie produkty.

Oferujemy ogromny wybór ciast, wysokiej jakości wędliny, kiełbasy, sery, produkty mleczne, warzywa i wiele więcej...

Jesteśmy dystrybutorami producentów takich jak NORTHSTAR FOODS inc., ALEXANDRA FOODS, IGO FOODS, WINIARY, TYMBARK, WAWEL i wiele innych ...

## ZAPRASZAMY DO SKORZYSTANIA Z NASZEJ OFERTY !

©2012 Chicago Market. All Rights Reserved. Website design Jacob POLAND

Document Id: 7AD77950-DA36-11ED-8082-FD3E33D61138
OnlineNotary.net

https://www.chicago-market.com/onas.html
50 captures
1 Sep 2013 - 25 May 2022
AUG SEP FEB
01
2012 2013 2015
About this capture

# CHICAGO MARKET
## POLISH FOOD

Strona główna | O nas | Produkty | Producenci | Nowości | Kontakt | FAQ | Dojazd

## Witamy w Lakewood





**CHICAGO MARKET**

1444 Carr St., Lakewood Colorado
CO 80214

**KRYSTYNA:**
tel. 303-868-5662

**WACŁAW:**
tel. 708-302-7225
viczawadzki@gmail.com

**Godziny otwarcia:**

**Pon / Wt / Czw / Pt**
12.00 - 19.00
**Sobota**
9.00 - 18.00
**Niedziela**
11.00 - 15.00

*Losowe zdjęcie:*



Chicago Market działa na rynku w Lakewood - dostarczamy naszym klientom najświeższe i najwyższej jakości polskie produkty.

Oferujemy ogromny wybór ciast, wysokiej jakości wędliny, kiełbasy, sery, produkty mleczne, warzywa i wiele więcej...

Jesteśmy dystrybutorami producentów takich jak NORTHSTAR FOODS inc., ALEXANDRA FOODS, IGO FOODS, WINIARY, TYMBARK, WAWEL i wiele innych ...

## ZAPRASZAMY DO SKORZYSTANIA Z NASZEJ OFERTY !

©2012 Chicago Market. All Rights Reserved. Website design Jacob POLAND

# JURAT ATTACHMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF __Virginia__ }

COUNTY OF __Alexandria__ }

The foregoing instrument was subscribed and sworn before me this date of __04/13/2023__, by __Nathaniel Frank-White__

This notarial act was an online notarization.
Document Notarized using a Live Audio-Video Connection

> AMEENHA HAFEESAH GUILLORY
> ELECTRONIC NOTARY PUBLIC
> COMMONWEALTH OF VIRGINIA
> NOTARY ID: 7889093
> COMISSION EXP: JUNE 30, 2024

(Notary Seal)

Notary's Signature __[signature: AGuillory]__

Registration No.: __7889093__

Commission Expiration Date: __June 30, 2024__